FILED
April 24, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Yvette Lujan_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS DAVID TELLEZ-ORNELAS,<br>AKA RUMALDO TENA,<br>AKA ROMALDO TENA TENA,<br><br>Defendant. | **INDICTMENT**  **PE: 24-CR-113**<br><br>8 U.S.C. § 1326(a) & (b)(1) Illegal Re-entry into the United States |

THE GRAND JURY CHARGES:

## COUNT ONE

That on or about April 09, 2024, in the Western District of Texas, Defendant,

**JESUS DAVID TELLEZ-ORNELAS
AKA RUMALDO TENA,
AKA ROMALDO TENA TENA,**

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States and the Defendant had not received consent of the Attorney General of the United States or the Secretary of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) & (b)(1).

**JAIME ESPARZA
UNITED STATES ATTORNEY**

BY: **SCOTT GREENBAUM**
Digitally signed by SCOTT GREENBAUM
Date: 2024.04.23 16:10:50 -05'00'

ASSISTANT UNITED STATES ATTORNEY